Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x229
F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
BRIAN BENNETT

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN BENNETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VISION CREDIT SOLUTIONS, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No.: <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **(Unlawful Debt Collection Practices)** |

**VERIFIED COMPLAINT**

BRIAN BENNETT (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against VISION CREDIT SOLUTIONS, LLC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

7. Plaintiff is a natural person residing in Woodland, Yolo County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is located in Amherst, New York, and conducts business in California.

11. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

## FACTUAL ALLEGATIONS

12. Defendant places collection calls to Plaintiff on an alleged debt in the amount of approximately $1,000.00.

13. Upon information and belief, Defendant is collecting from Plaintiff on a payday loan.

14. Defendant places collection calls asking Plaintiff to call 877-572-7572.

15. Defendant places collection calls to Plaintiff on his cell phone.

16. On or about July 12, 2010, Plaintiff told Defendant to stop calling and to only send him information in the mail.

17. On or about July 13, 2010, Defendant, Mr. Hall, spoke with Plaintiff then transferred Plaintiff to a "supervisor" who called Plaintiff a "jackass."

18. Supervisor then threatened to file grand larceny charges against Plaintiff.

19. To date, Plaintiff has not been received a summons.

20. Finally, the supervisor hung up on the Plaintiff.

21. Defendant continues to place collection calls directly to Plaintiff despite this.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

22. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e* of the FDCPA by using false, deceptive or misleading representation or means in connection with the collection of a debt.

    d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take any action that cannot be legally be taken or that is not intended to be taken.

WHEREFORE, Plaintiff, BRIAN BENNETT, respectfully requests judgment be entered against Defendant, VISION CREDIT SOLUTIONS, LLC., for the following:

23. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

24. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

25. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

26. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

27. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

   b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

   c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, BRIAN BENNETT, respectfully requests judgment be entered against Defendant, VISION CREDIT SOLUTIONS, LLC., for the following:

28. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

29. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

30. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, BRIAN BENNETT, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: September 28, 2010          KROHN & MOSS, LTD.


By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, BRIAN BENNETT, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BRIAN BENNETT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 8-10-2010                                      _____
                                                                                    BRIAN BENNETT