Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 410
Los Angeles, CA  90025
T: (323) 988-2400; F: (888) 755-0945
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
BRIAN BENNETT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN BENNETT, </br></br>    Plaintiff, </br></br>    v. </br></br> VISION CREDIT SOLUTIONS, LLC, </br></br>    Defendant. | Case No.: 10-cv-02639-MCE-KJM </br></br> **NOTICE OF SETTLEMENT** |

   NOW COMES the Plaintiff, BRIAN BENNETT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: February 1, 2011         KROHN & MOSS, LTD.


                              By: /s/ Nicholas J. Bontrager        _

                                  Nicholas J. Bontrager
                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Michael Benson, Attorney for Defendant, by way of email at 'bensonlaw1@verizon.net'.

/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

Attorney for Plaintiff
